**IT IS ORDERED as set forth below:**

Date: December 11, 2010

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ROME DIVISION

IN RE:                            )   CHAPTER 13
                                  )
DWAYNE ANTHONY ADAMS,             )   CASE NO. 09-43512-PWB
                                  )
    Debtor.                       )
                                  )
MILINI ADAMS,                     )
                                  )
    Co-Debtor.                    )
---------------------------------- ---------------------------------
                                  )
U.S. BANK, N.A. ITS ASSIGNS       )   CONTESTED MATTER
AND/OR SUCCESSORS IN              )
INTEREST,                         )
                                  )
    Movant,                       )
                                  )
vs.                               )
                                  )
DWAYNE ANTHONY ADAMS,             )
MILINI ADAMS  CO-DEBTOR,          )
and MARY IDA TOWNSON, as          )
Trustee,                          )
                                  )
    Respondents.                  )
```

ORDER

U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST having filed a "Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral" same regularly scheduled for hearing on 10/6/2010; and upon lawful notice given to all required parties

in interest, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 and §1301 is modified so that US BANK may take such action with respect to that certain collateral located at 15 Stansbury Street NE, Rome Georgia 30161, as is authorized by contract and State law.  US BANK shall remit to the Trustee such proceeds as exceed the lawful debt due.

FURTHER ORDERED that the Debtor may at any time prior to the foreclosure of said property, file a Motion to reconsider.

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001 (a)(3).

**END OF DOCUMENT**


[SIGNATURES ON NEXT PAGE]

RE:   US BANK v. Dwayne Anthony Adams, Milini Adams
      Chapter 13 Bankruptcy Case No. 09-43512-PWB

[SIGNATURE PAGE]

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP.

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. **448736**)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342
(404) 231-4567


CONSENTED TO:

/s/ Terry Haygood
Terry Haygood, Esquire
Law Offices of Terry Haygood
[By Ronald A. Levine With Express Permission]
(GA Bar No. **340567**)
Attorney for Debtor(s)
401 Broad Street, Suite 102
Rome, GA 30161

HAVE SEEN AND NO OPPOSITION:

/s/ Brandi Kirkland
Brandi Kirkland, Esq.
[By Ronald A. Levine With Express Permission]
(GA Bar No. **423627**)
Chapter 13 Trustee
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

DISTRIBUTION LIST

Dwayne Anthony Adams
15 Stansbury Street, NE
Rome, Georgia 30161

Milini Adams
15 Stansbury Street, NE
Rome, Georgia 30161

Terry Haygood, Esquire
Law Offices of Terry Haygood
401 Broad Street, Suite 102
Rome, GA 30161

Brandi Kirkland, Esq.
Chapter 13 Trustee
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342